OPINION — AG — AFTER MAY 5, 1965, WHEN A DULY LICENSED OPTOMETRIST OF THIS STATE ACQUIRES HIS ANNUAL LICENSE FOR THE NEXT FISCAL YEAR, THAT IS, JULY 1, 1965, THRU JUNE 30, 1966, AND EACH FISCAL YEAR THEREAFTER, THE FEE THEREFOR WILL BE $20.00. ANY EXAMINATIONS FOR A LICENSE, WHICH SAID BOARD MAY CONDUCT AFTER MAY 5, 1965, WILL TO SUBJECT OT A FEE OF $50.00. CITE: 59 O.S. 1961 587 [59-587] (LEE COOK)